# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-10172
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 28, 2023

Lyle W. Cayce
Clerk

Bueford James Friemel,

*Plaintiff—Appellant*,

*versus*

Cesar Deleon; Randall County Sheriff; Cornerstone
Surveyor; Sierra Towing and Crushing; Frederic M.
Wolfram Firm; Wright Law; Randall County Internal
Affairs; Randall County Sheriff and Administration;
Darrell R. Carey, *Lawyer*,

*Defendants—Appellees*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-174

————————————————————

Before King, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:[*]

Bueford James Friemel, acting pro se, appeals the district court's
dismissal of his suit without prejudice under Federal Rule of Civil Procedure

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

4(m) for failing to show good cause as to his failure to timely serve defendants. We review the district court's dismissal under Rule 4(m) for an abuse of discretion. *Thrasher v. City of Amarillo*, 709 F.3d 509, 512 (5th Cir. 2013).

On appeal, Friemel concedes that he did not serve defendants in a timely manner or show good cause as to this failure but states that he was unaware that he had to show good cause because he was denied counsel, denied a time extension, and is appearing pro se. However, Friemel does not argue that the district court improperly denied him counsel or a time extension, and our review of the record indicates that Friemel's motions seeking such treatment were correctly denied. Furthermore, "[a] litigant's pro se status neither excuses his failure to effect service nor excuses him for lack of knowledge of the Rules of Civil Procedure." *Id.* (footnote omitted). Accordingly, we find no error in the district court's without-prejudice dismissal of this suit.

AFFIRMED.